**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:22-CR-10284-LTS |
| | ) |
| SAMMY SULTAN | ) |

**EXHIBIT A**

**DEFENDANT'S SENTENCING MEMORANDUM**

October 2023

Dear Judge Sorokin,

I thought long and hard about how to answer the question of "what happened" as part of the Restorative Justice program. My answer to the question has changed many times. The truth is, I have a history of making threatening and harassing phone calls.

My first instinct was to blame the authorities to justify my actions. Years ago, I was held down and tazed and also pepper-sprayed by a female officer while I was on the ground and in handcuffs. I held onto this anger for a long time. When I made these calls, I wanted to put a lot of fear into every call I made and to make them feel the way I did – humiliated and embarrassed. I justified it each time.

After I got arrested in this case I started taking classes while in jail with no real expectations of learning anything, because I thought I knew it all. But it was really when I started the 2-day Restorative Justice class that I started to think about things differently. I stared to hear things like actions and consequences and trigger events, and harm and what it means to repair. I heard from victims of violence. It opened something up in me. I learned that there are no victimless crimes, and definitely not in my case.

Before that, I didn't think about my crime except that it was making calls. I was in California when I made these calls. At that time I wanted to speak to law enforcement, and to put fear in all the calls I made, and to make an impact. I especially wanted to speak to female officer and to make her feel uncomfortable and humiliated. It is embarrassing for me to talk about this. But I put a lot of blame on law enforcement, especially a female officer, because of my experience in the past.

Now, when I think about the climate in this country, with school shootings and mass shootings, I see the gravity of my crime very plainly. I truly never thought about this before, especially about how this would impact the victims in my case. This wasn't a consideration until I heard the victim impact statements in Restorative Justice and read more about this and then went farther in the restorative justice process. I had no idea the trauma and pain I inflicted by my actions, and the pain they may have endured because of me. I have a tough time coming to grips with what I put all these people through, as truly innocent victims that had nothing to do with the anger I was feeling. I can't imagine the fear they had sheltering in place worrying that someone might come through the door. Also the fear of the officers who had to look around the campus, worrying about the students and also worrying that they could be hurt. Also the fear for students, who are just trying to go to school. All of these people had families at home too. This never once occurred to me.

I was very blessed o be able to get accepted to this Restorative Justice program. It has opened my eyes. I got to sit down with the people I hurt. I feel repaired from the experience. The only thing I can do is make a commitment to Do Better. Actions are louder than my words. I know that I am at my worst when I am using methamphetamines and steroids. I have battled this addiction for what feels like my whole life. I cannot go back. I am also my best when I am taking my medications. Talking to my therapist. I had a job opportunity before my arrest as a medical transporter. I enjoy working with elderly people. I

took care of my mother when she was very sick. I hope these opportunities will be there for me in the future. But I know the most important thing is to keep it simple: Take my medication. Stay sober. Stay in therapy. Try to repair the harm I have done. The best way is to not harm again.

    Saying sorry isn't a strong enough word to express the remorse I feel for the people I've affected. My hope is that this trauma doesn't stay with them for a long time.

    Sincerely, Sammy Sultan